IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 05-10    Erie |
| CHRISTOPHER JAMES BARR<br>PATRICK NELSEN KISER | ) **(Under Seal)** |

**ARRAIGNMENT PLEA**                     **ARRAIGNMENT PLEA**

Defendant Christopher James Barr being arraigned, pleads _Not Guilty_ in open Court this _5th_ day of _April_, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

Defendant Patrick Nelsen Kiser being arraigned, pleads _Not Guilty_ in open Court this _21st_ day of _March_, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered _April 5_, 20_05_, and now pleads guilty in open court this ___ day of _August_ 20_05_.

_____
Defendant