IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　Plaintiff, )<br> )<br>V. )<br> )<br>CHRISTOPHER BARR )<br>　　　Defendant. ) | CRIMINAL NUMBER 05-10 ERIE |

## ORDER

AND NOW this 2nd day of August, 2005,

IT IS HEREBY ORDERED that the above-named defendant is scheduled for Sentencing on **Monday, November 7, 2005** at **9:00 a.m.** before the Honorable Sean J. McLaughlin in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA

　　　　　　　　　　　　　　　　　　　　s/Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　SEAN J. MCLAUGHLIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Counsel of record
　　U.S. Marshal Services
　　U.S. Probation/Pretrial Services